

**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

Decemb

> Defendant's requests at Dkt. No. 9 are GRANTED. The deadline to answer the complaint is EXTENDED to **Tuesday, March 31, 2026** and the deadline to file a status letter indicating whether any discovery is needed, or whether an initial case management conference is requested, is EXTENDED to **Friday, May 1, 2026.**
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 9.
>
> SO ORDERED    12/19/25    SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

  Re: *Cuddy Law Firm P.L.L.C. v. New York City Dep't*

Dear Magistrate Judge Cave:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

  Defendant writes to respectfully request that the December 31, 2025 answer deadline be extended 90 days to March 31, 2026. Plaintiff consents to this request. This is the first request for an extension of the answer deadline. Additionally, Defendant also writes to request that the parties' joint status letter deadline, as outlined in the Court's December 10, 2025 Order (ECF No. 6) be extended to May 1, 2026. Plaintiff also consents to this extension request. This is the first request for an extension of the joint status letter deadline. The extensions will give Defendant time to review Plaintiff's billing records and make a request for settlement authority to the Comptroller's Office. The parties are hopeful that they can settle this matter without further burden on the Court's time.

  Finally, there is not consent among the parties to proceed before the magistrate judge.

  Thank you for considering these requests.

        Respectfully submitted,
         /s/
        Martha Nimmer
        Special Assistant Corporation Counsel

cc: Francesca Antorino, Esq. (via ECF)