

# CUDDY LAW FIRM, P.L.L.C.

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**FRANCESCA ANTORINO**
**SENIOR ATTORNEY (NY)**
FANTORINO@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

April 27, 2026

**VIA ECF:**
Hon. Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Re: Cuddy v. N.Y.C. Dep't of Educ.,* 25-cv-10161

Dear Judge Furman:

I am a Senior Attorney at the Cuddy Law Firm, P.L.L.C., attorney for the Plaintiff in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs, and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et. seq.* ("IDEA"), as well as for this action.

Pursuant to the Court's Order on Plaintiff's motion to seal the administrative record in Case No. 242823 (ECF 13), today, Plaintiff filed the administrative record as an exhibit to a letter (ECF 23). Upon reviewing the filed documentation, it has come to my attention that the administrative record was inadvertently filed for public view. Plaintiff respectfully requests that ECF 23 be sealed.

I apologize for any inconvenience.

Sincerely,

s/ Francesca Teresa Antorino
Francesca Teresa Antorino, Esq.

CC:    Martha Nimmer, Esq. (via ECF)

Plaintiff's request at Dkt. No. 24 is GRANTED.

The Clerk of the Court is respectfully directed to close Dkt. No. 24 and place Dkt. No. 23-1 under seal.

SO ORDERED  4/28/26

SARAH L. CAVE
United States Magistrate Judge